## *LABOR AGREEMENT*

This Agreement entered into this 9th day of December, 2005 **between THE HERTZ CORPORATION, RENT-A-CAR DIVISION**, the successor to **HERTZ TRANSPORTING, INC.**, and as specifically applying to its On Airport shuttling operation located in San Jose, California, hereinafter referred to as the "Employer," and **LOCAL UNION NO. 665** of the **INTERNATIONAL BROTHERHOOD OF TEAMSTERS**, San Jose, California, hereinafter referred to as the "Union."

### WITNESSETH

In consideration of the mutual undertaking and agreement hereinafter set forth and other good and valuable consideration, it is hereby mutually agreed as follows:

### ARTICLE I: RECOGNITION

SECTION 1. For the purpose of collective bargaining in respect to rates of pay, hours of employment and other conditions of employment, subject to and in accordance with the provisions of the Labor-Management Relations Act of 1947, as amended, the Employer recognizes the Union as the exclusive representative of all Shuttlers employed by the Hertz Corporation's Rent-A-Car Division engaged in the On-Airport movement of Hertz owned vehicles at SJO.

SECTION 2. It is mutually agreed that the term "employee" for the purpose of this Agreement shall include On-Airport Shuttlers but shall exclude all other employees, Off-Airport Shuttlers, lead drivers, clerical, garage and mechanical, rental representatives, office employees and supervisors, guards and watchmen as defined by the Act.

SECTION 3. Throughout the term of this Agreement all employees covered hereby shall be required as a condition of employment to be or become members of the Union on or after the thirty-first (31st) day following the beginning of their employment (or the date of execution of this Agreement, whichever is later). The Employer agrees to discharge any such employee after the thirty-first (31st) day for failure to pay the initiation fee or regular dues uniformly required of Union membership, upon seven (7) days notice from the Union in writing by registered mail that said employee has failed to pay the dues or initiation fee referred to above.

SECTION 4. The Employer agrees to deduct from the wages of each employee covered by this Agreement, who signs and delivers to it a written authorization, the Union dues and to remit to the Union each such employee's dues.

## ARTICLE II: SENIORITY

There shall be a probationary period of ninety (90) days for all employees hired on or after the date of execution of this Agreement. Said employees may be discharged by the Employer at his sole discretion without recourse during said ninety (90) day period. There shall be a seniority list posted at a conspicuous place on the Employer's premises with a copy furnished to the Union. Any employee who questions his seniority date must notify the Union and the Employer within thirty (30) days of the posting date.

## ARTICLE III: SELECTION OF TRIPS

SECTION 1. The Employer, at its sole discretion, will determine the shifts, the schedules and the number, if any, employees needed. There will be a minimum of three (3) shift bids a year.

SECTION 2. The Employer will provide destinations for all initial trips. The Employer reserves the right to change destinations when operationally required by contacting the Transporters at the point of pick-up. On trip assignments other than the first trip after each shape the Employer will make every effort to avoid changing specific trip assignments. However, due to the flexible nature of the Employer's business, the Employer reserves the right to change pick-up and drop-off locations when necessary. This may require the Transporters to go to a pick-up location and call the dispatch office.

SECTION 3. Where tolls are authorized and employees reimbursed such payment will be made on a weekly basis.

SECTION 4. Employees who are assigned work will receive a minimum of four (4) hours work.

SECTION 5(a). OVERTIME. Time and one-half (1½x) the established hourly rate shall be paid for all hours worked over eight (8) hours per day and forty (40) hours per week with said forty (40) hours to be computed at the end of the

weekly payroll week. The Employer will advise employees of extra hour opportunities as soon as the Employer has knowledge of the extra hours.

(b). EXCUSED FROM MANDATORY OVERTIME: The Company will continue the practice of excusing employees from mandatory overtime if they maintain documentation on file which states they must report to another job. This documentation will be updated at the request of the City Manager. Additionally, the Company will excuse employees from mandatory overtime requirements that day if they have presented documentation of a doctor's appointment to the City Manager at the start of their shift.

(c). OVERTIME NOTICE. The Company will make every effort to give employees a minimum notice of one (1) hour for mandatory overtime. Employees are required to provide a minimum of one (1) hour notice in the event they do not intend to report to work that day.

(d). MANDATORY OVERTIME LOG The employer will provide an overtime log that employees can utilize to be excused from mandatory overtime for that day not to exceed two times per month.

## ARTICLE IV: WORK WEEK

SECTION 1. It is understood that because of the unusual nature of the Employer's business, the operation shall be on a seven (7) day week basis. It is further understood that the Employer shall have the right to perform the operation of car shuttling whether it be day, night, Sunday or holiday in order to cover all phases of his business.

SECTION 2. Pay schedules have been established by negotiation and agreement between the representatives of the Employer and the Union as enumerated in Appendix "A" attached hereto and forming a part of this Agreement and shall remain in full force and effect for the duration of the Agreement. The Employer may, at its discretion, establish additional locations. The pay schedule for such additional locations will be established in accordance with the formula used to set forth the rates listed in Appendix "A."

## ARTICLE V: SHOP STEWARDS

SECTION 1. The Employer recognizes the right of the Union to designate job stewards. The authority of job stewards and alternates so designated by the Union shall be limited to and shall not exceed the following activities and duties:

    (a)    The investigation and presentation of grievances with his Employer or designated company representative in accordance with the provisions of the collective bargaining agreement;

    (b)    The transmission of such messages and information, which shall originate with and are authorized by the Local Union or its officers, provided, such messages and information:

    1.    have been reduced to writing, or

    2.    if not reduced to writing are of a routine nature and do not involve work stoppages, slowdowns, refusals to handle goods or any other interference with the Employer's business.

SECTION 2. Job Stewards and alternates have no authority to take strike action or any other action interrupting the Employer's business, except as authorized by official action of the Union. The Employer recognizes these limitations upon the authority of job stewards and their alternates and shall not hold the Union liable for any unauthorized acts. The Employer in so recognizing such limitations shall have the authority to impose proper discipline, including discharge, in the event the shop steward has taken unauthorized strike action, slowdown or work stoppage in violation of this Agreement.

## ARTICLE VI: NO DISCRIMINATION

SECTION 1. The Employer and the Union agree that neither will discriminate either directly or indirectly, nor will they permit any of their agents, members or representatives to discriminate either directly or indirectly against any employee by reason of race, creed, color, sex, age, disability or membership or activity in the Union. The use of the masculine gender in this Agreement shall include both male and female.

## ARTICLE VII: UNION VISITATION

SECTION 1. The Shop Steward shall have the right to call the Union delegate from the job in the event a problem arises which cannot be settled by the Steward himself; provided, such call does not interfere with the efficiency of the operation.

SECTION 2. Authorized agents of the Union shall have access to the Employer's premises during working hours for the purpose of adjusting disputes, investigating working conditions and ascertaining that the terms of this Agreement are being adhered to, provided such visits do not interfere with the efficiency of the operation.

## ARTICLE VIII: STRIKES, STOPPAGES AND LOCKOUTS

SECTION 1. It is the intent of the parties to this Agreement that the procedure herein shall serve as a peaceful means for the adjustment of all disputes that may arise between them.

SECTION 2. During the life of this Agreement, the Employer will not lock out any employee.

SECTION 3. During the life of this Agreement, the Union will not cause or permit its members to cause, nor will any member of the Union take part in any sit-down, stay-in, or slowdown in any shop or station of the Employer or any curtailment of work or restriction of production or interference with production of the Employer.

SECTION 4. The Union will not cause or permit its members to cause, nor will any members of the Union take part in any strike or stoppage of any of the Employer's operations or picket any of the Employer's shops or premises. In case a strike or stoppage of production shall occur, the Employer has the option of canceling the Agreement at any time between the forty-eighth (48th) hour after the strike occurs and the day of its settlement. The Employer reserves the right to discipline any employee taking part in any violation of this Section of this Agreement without recourse to the grievance procedure.

## ARTICLE IX: SEPARABILITY

SECTION 1. If any Article or Section of this Contract or any Riders thereto should be held invalid by operation or law or by any tribunal of competent jurisdiction or if compliance with or enforcement of any Article or Section should be restrained by such tribunal pending a final determination as to its validity, the remainder of this Contract and any Riders thereto or the application of such Article or Section to persons or circumstances other than those as to which it has been held invalid or as to which compliance with or enforcement of has been restrained, shall not be affected thereby.

In the event that any Article or Section is held invalid or enforcement of or compliance with which has been restrained, as above set forth, the parties affected thereby shall enter into immediate collective bargaining negotiations, upon the request of either party, for the purpose of arriving at a mutually satisfactory replacement.

## ARTICLE X: GRIEVANCE AND MEDIATION PROCEDURE

SECTION 1. A grievance is a protest by an employee against the Employer because of an alleged violation of a specific provision of this Agreement. Failure to follow the procedures and steps outlined herein or the failure to follow the time limits herein shall be an absolute bar to the further processing of grievances or the mediation thereof. Every effort shall be made to settle any grievance as expediently as possible in accordance with the following procedure.

SECTION 2.

STEP 1. The employee may take the matter up with his/her immediate supervisor and shall not be prohibited from discussing the matter with the Union Steward before talking to the supervisor. The Union Steward shall not be prohibited from being present at such time. The alleged grievance must be taken up with his/her immediate supervisor within five (5) days of the occurrence and/or knowledge of same, or it will not be recognized by the Company.

STEP 2. If not satisfactorily resolved in Step 1, the aggrieved employee must reduce his/her complaint in writing within five (5) workdays of the alleged violation. The City Manager shall meet with the Union Representative, the employee and Steward, and will give his/her written answer within seven (7) calendar days from the date the grievance was presented to him/her in writing.

STEP 3. If the Union desires to process the grievance further, it shall be taken up by the Business Representative of the Union with the Area Manager within ten (10) workdays from the date the City Manager gives his/her written answer. The

9

                    Area Manager will give his/her written answer within ten (10) workdays after receipt of the second step.

STEP 4.    If the Union desires to mediate the grievance after having been fully processed according to the provisions of this Contract, it shall be submitted to mediation as follows:

    (a)    Within ten (10) days after receipt of the Area Manager's answer, the Union shall notify the Employer in writing of its intent to submit the grievance to mediation at the Federal Mediation and Conciliation Service. If decided by the parties they can establish a local Board of Adjustment. In the event of a deadlock the matter shall be referred to mediation, if the parties agree the matter may be referred directly to mediation.

    (b)    The Employer and the Union shall jointly prepare and sign for the mediator a submission setting forth the issue or issues between the Employer and the Union; thereafter each party shall submit to the mediator and to each other a statement of the issues it considers to be in dispute.

    (c)    The Union shall have the authority to withdraw or settle any grievance prior to the decision or award of the mediator.

SECTION 3. The authority of the mediator shall be limited as follows:

STEP 1.    In considering whether a matter is subject to mediation as a matter of right, and in considering the case on its merits and in interpreting and applying the provisions of this Agreement, the terms of this Contract shall apply.

STEP 2.    The mediator shall not have the power to add to or subtract from or modify any of the terms of this Agreement or any Agreement supplemental hereto.

SECTION 4. Each party shall bear its own expense with respect to the preparation and presentation of the matter to the mediator, but the cost or expense of the mediator and the conference room shall be borne equally by the Employer and the Union.

SECTION 5. The mediator's recommendation shall not be binding on either party, but the parties shall not unreasonably refuse to abide by the terms of the recommendation.

## ARTICLE XI: PROGRESSIVE DISCIPLINE

Suspension/Discharge: The Employer will not discharge or suspend any employee without just cause and shall give at least two (2) warnings of the complaint against such employee in writing to the employee and the Union, before they are discharged or suspended for repetition of the same complaint. (Such notices shall expire after twelve (12) months). Discharge or suspension must be by proper written notice to the employee affected with a copy sent to the Union. The following offenses are examples among those which no warning notice need by given; additional examples may be found in the Employer's Work Rules.
1. Proven dishonesty;
2. Alcohol/Drug/controlled substances:
    (a) Use of or being under the influence of alcoholic beverages, or narcotics or dangerous drugs either on Company premises or while in or while driving a Company vehicle or equipment, or reporting to work at any time after having used or taken any of the above alcoholic beverages, drugs or narcotics.
    (b) The unauthorized manufacture, possession, distribution or sale of alcohol, drugs or narcotics on Company property or in the vicinity of a Hertz location or while on Company business.
    (c) Failure to report to the Company in writing convictions under a criminal drug conviction.
3. Failure to immediately report any accident, which has resulted in personal injury or damage to the Employer's vehicle or other property.
4. Permitting unauthorized persons to ride in the Employer's vehicle.
5. Willful destruction of property of the Employer.
6. Proven theft.
7. Becoming involved in a motor vehicle accident while driving the Employer's vehicle as a result of recklessness or negligence.
8. Driving a vehicle in excess of the legal or posted speed limit.
9. Gross disobedience or gross misconduct.
10. Using an Employer's vehicle for personal use without permission.
11. Loss of driver's license.
12. Sleeping while on duty.
13. The use of sexual, racial or ethnic slurs or the commission of any form of harassment.
14. Participating in or instigating a physical altercation.

15. Use of, or brandishing any type of weapon in a threatening manner.

Protest: An employee may request an investigation of his discharge, suspension or any warning notice and the Union shall have the right to protest any such discharge, suspension or warning notice. Any such protest shall be presented to the Employer in writing, within ten (10) days, excluding Saturdays, Sundays and holidays and if not presented within such period, the right to protest shall be waived.

## ARTICLE XII: MANAGEMENT RIGHTS

SECTION 1. The right to hire, select, assign, transfer, promote, layoff, discharge or discipline employees for cause, and to maintain discipline and efficiency of employees is the sole responsibility of the Employer, except that Union members shall not be discriminated against as such. The location of operations, the schedules, job assignments, methods, processes and means of operations are solely and exclusively the responsibility of the Employer.

## ARTICLE XIII: REDUCTION OF WORKFORCE

SECTION 1. When it becomes necessary to increase or decrease the number of employees, the principle of seniority shall be observed. The last person hired shall be the first person laid off and the last person laid off shall be the first rehired. Employees shall have recall rights, in reverse order, for a maximum of six (6) months or the length of their service whichever is least.

## ARTICLE XIV: LOCATION/SHIFTS

SECTION 1. There will be a minimum of three (3) shift bids a year.
SECTION 2. Thirty (30) days after ratification of the contract the employer will hold a location bid for all Shuttlers. Shuttlers will be able to bid on working on airport or at the Walsh facility. Once an employee bids for a specific location that employee can not move to another location without managements approval

SECTION 3. Shift Exchange
- Employees may request a shift exchange up to three (3) times per month.
- The request must be made at least two (2) weeks in advance of the day requested to the Senior Station Manager of the Hiking Department.
- Management will respond at least five (5) working days in advance of the date requested.

12

- If a shift exchange is not honored, the employee who failed to honor his/her obligation will lose shift exchange rights for the life of this agreement or one (1) year, whichever is greater.

## ARTICLE XV: LIVING WAGE

This Collective Bargaining Agreement is intended to supercede in all respects any state or local statue or ordinance (San Jose Living Wage Ordinance 68900) which purports to provide a living minimum wage, benefit or other terms and conditions of employment where such suppression is permitted or authorized by the terms of that law.

The parties have negotiated a wage schedule in Appendix "A" that will be utilized for all on-airport shuttlers for the duration of this agreement.

## ARTICLE XVI: HEALTH INSURANCE

SECTION 1. It is agreed that after one (1) year of employment the company will offer Health Insurance solely to eligible employees covered by this agreement (on airport Shuttlers) in accordance with the terms described in the following sections of this Article.

SECTION 2. Section 1 notwithstanding, the Employer shall offer the eligible employees covered by this Agreement the option of obtaining a Medical only Health Care Plan (with no provisions for dependent coverage). The Employee shall pay twenty-five (25%) percent of the monthly Health Insurance Premiums up to a maximum of $125.00 per month for the life of this agreement. Health Insurance will be provided through a healthcare provider retained at the sole discretion of the Employer. An eligible employee is an employee who works on Airport at SJO for one (1) year or more.

## ARTICLE XVII: FUNERAL LEAVE

In the event of death in an employee's immediate family (employee's spouse, children, and parents) the employee shall be entitled to be absent from work for a period up to, but not more than three (3) working days, when such absence is necessary to make arrangements for and to attend the funeral. During such

absences, the employee shall be compensated at his straight time hourly classification rate for such regular working time lost.

## ARTICLE XVIII: VACATION

Beginning January 7, 2007 employees who meet the following guidelines below will be entitled to vacation:

- Employees with one (1) year of service shall receive one (1) week's vacation

- Employees with four (4) years of service shall receive three (2) week's vacation.

No unused vacation may be carried over from year to year

## ARTICLE XIX: HOSPITAL LEAVE

All employees will be eligible for 3 days hospital leave per year. Days cannot be carried over from year to year. Pay will be based on average straight time hours an employee works. Employee must be admitted overnight (inpatient) to hospital in order to be eligible to receive hospital day leave.

## ARTICLE X: GENERAL

SECTION 1. The Employer shall consider employees from this bargaining unit for Garage Attendants before going elsewhere. The Company will post a notice announcing any new Vehicle Service Agent position available on the employee bulletin board.

SECTION 2. The Employer shall not discharge employees except for just cause.

SECTION 3. The Company will be permitted the continued use of 'Friendly Hikers' or other outside Transporter service companies in the same manner as they have been used in the past for reasons which include, but are not limited to, late arriving flights, insufficient number of Shuttlers, and other similar emergency-type situations.

SECTION 4. PERSONAL LEAVE OF ABSENCE: All employees will be eligible for a one-time ninety (90) day leave of absence during this contract term. Such leaves will be considered in writing on a first come, first served basis and be approved by the City Manager at her discretion based on business requirements. At the City

Manager's discretion, the above mentioned leave of absence may be extended up to sixty (60) days.

SECTION 5. PARENTAL LEAVE OF ABSENCE: The Employer will provide up to twelve (12) weeks of unpaid leave of absence to employees for the birth or adoption of a child or to care for a seriously ill child, parent or spouse. The Employer may reject an employee's request for a parental leave of absence if the employee's spouse is already on leave of absence or is unemployed.

SECTION 6. If an employee who is a registered voter does not have sufficient time outside of working hours to vote in a statewide election, he/she may without loss of pay take up to two (2) hours of working time to vote. Such time will be at the beginning or end of the regular working shift whichever allows the most free time for voting and the least time off from working, unless otherwise mutually agreed. The employee shall notify the employer at least five (5) working days in advance to arrange voting time. In addition, such employees may serve as election officials on election days without being disciplined but the employer is not required to pay them for such absences.

SECTION 7. School Visits Required of Employees: Employees who are parents or legal guardians of children in kindergarten through grade twelve (12) shall be granted leave for required school visits under the following conditions:
1. The employee must give reasonable notice for time off.
2. The employee provides proof that he/she visited the school if the Company requests. Proof means whatever documentation the school deems reasonable.
3. The employee may take up to four (4) hours in each school year, per child, to visit a child in school, especially if the school requests the attendance of a parent.
4. The employee may utilize vacation time or personal time.
5. The Company is prohibited from discharging or discriminating in any way against an employee who is a parent or guardian called to the child's possible or actual suspension from school.

SECTION 8. Premium Work    In regards to employees who work a minimum of twenty-five (25) hours per week the Employer will pay two (2x) times of the regular hourly rate for hours worked on the following days:
- Guru Nanak
- Labor Day
- Thanksgiving Day
- Christmas Day.

1. Employees who work a minimum of twenty-five hours per week will be entitled to two (2) paid floating holiday.

## ARTICLE XI: TEAMSTERS 401(k)

Employees may participate, and the Employer shall facilitate, the supplemental income 401(k) plan, through the union's administrator, on behalf of all members working under this agreement.

The employer will make or cause to be made payroll deductions with no employer match from participating employee's wages in accordance with each employee's salary deferral election subject to compliance with ERISA and Tax Code Provisions. The employer will forward the withheld sum to the Supplemental Income 401 (k) Plan, or its successor, at such time as such form and manner as required to the plan trust and the paycheck deductions shall be before-tax contributions

## ARTICLE XII: TERMINATION

SECTION 1. This Agreement shall become effective January 7, 2006 and remain in full force and effect until January 6, 2011, and shall be considered as renewed from year to year thereafter, unless either party hereto shall give written notice to the other of their desire to amend same and such notice must be given at least sixty (60) days prior to January 6, 2011, or any January 6th thereafter.

IN WITNESS WHEREOF, the parties hereto have set their hands and seals.

**HERTZ RENT A CAR CORPORATION**            **LOCAL UNION NO. 665**

San Jose, CA

BY: _____

INTERNATIONAL BROTHER-
HOOD OF TEAMSTERS
San Jose, CA

BY: _____

## APPENDIX "A"

Of Agreement entered into this 9th day of December, 2005, by and between **Hertz Corporation Rent-A-Car Division** San Jose, California, and **Local Union No. 665, IBT**, San Jose, California, covering Transporter employees.

A) WAGES:
- *Employees hired prior to January 7, 2006 will receive the following hourly rate:*
  $11.61/hr

*Employees hired prior to January 7, 2006 will receive their increases in accordance with the San Jose Living Wage on July 1 of each contractual year:*

- *Employees hired after January 8, 2006 will receive the following minimum rates of pay:*

  | | |
  |---|---|
  | Start | $10.00/hour |
  | 6 months | 11.00 |
  | 12 months | 12.00 |
  | 18 months | Living Wage |

*After the above employees complete the above eighteen (18) month step, they will receive their increases in accordance with the San Jose Living Wage on July 1 of each contractual year:*

B) WAGE PREMIUMS

| | |
|---|---|
| Monday – Friday after 4:00 PM | $0.50/hr |
| Saturday and Sunday (all day) | $1.00/hr |
| Customer Service/Admin (all hours) | $1.00/hr |

C) LEAD SHUTTLERS

Current full-time lead drivers will retain their current lead driver premium ($1.50/hr). In an attached side letter the Union and the Company will agree to memorialize that the full-time lead driver work will move out of the bargaining unit

18

and will be referred to as Distribution Coordinator. This will involve up to eight (8) positions.

At its discretion, the Company shall select lead personnel as needed. The employee(s) selected shall be paid one dollar and fifty ($1.50) cents per hour over their regular rate for all hours worked in said capacity.

| | |
|---|---|
| **Hertz Corporation Rent-A-Car Division**<br>San Jose, CA | **LOCAL UNION NO. 665**<br>**INTERNATIONAL BROTHER-**<br>**HOOD OF TEAMSTERS**<br>San Jose, CA |
| BY: _[signature]_ | BY: _[signatures]_ |