UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TEAMSTERS AUTOMOTIVE EMPLOYEES,
LOCAL 665

       Plaintiff(s),

v.

HERTZ CORPORATION, RENT-A-CAR
DIVISION, successor to HERTZ
TRANSPORTING, INC.

       Defendant(s).

No. C 07-02562   RS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 27, 2007

Signature: [signature]

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")