ROBERT A. DOLINKO, CA BAR NO. 076256
JOHN C. CORCORAN, CA BAR NO. 178916
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3606
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Defendant
THE HERTZ CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAMSTERS AUTOMOTIVE EMPLOYEES, LOCAL NO. 665, <br><br> Plaintiff, <br><br> vs. <br><br> THE HERTZ CORPORATION, RENT-A-CAR DIVISION, successor to HERTZ TRANSPORTING, INC. <br><br> Defendant. | Case No.: C 07-02562 RMW ADR <br><br> **DEFENDANT THE HERTZ CORPORATION'S NOTICE OF INTERESTED PARTIES** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The undersigned, counsel of record for Defendant The Hertz Corporation certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.

///
///
///
///
///

This representation is made to enable the Court to evaluate possible disqualification or recusal.

1. Hertz Global Holdings, Inc.
2. Hertz Transporting, Inc.
3. The Hertz Corporation

Dated: August 6, 2007

THELEN REID BROWN RAYSMAN & STEINER LLP

By: /s/ Robert A. Dolinko, Esq.
Robert A. Dolinko
Attorneys for Defendant
THE HERTZ CORPORATION

SF #1318369 v1

-2-

**NOTICE OF INTERESTED PARTIES**