ANDREW H. BAKER, SBN 104197
BEESON, TAYER & BODINE, APC
1404 Franklin Street, 5th Floor
Oakland, CA 94612-3208
Telephone: (510) 625-9700
Facsimile: (510) 625-8275
Email: abaker@beesontayer.com

Attorneys for Plaintiff
Teamsters Automotive Employees Local No. 665

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# AT SAN JOSE

| | |
|---|---|
| TEAMSTERS AUTOMOTIVE EMPLOYEES, LOCAL NO. 665,<br><br>                                    Plaintiff,<br><br>        v.<br><br>THE HERTZ CORPORATION, RENT-A-CAR DIVISION, successor to HERTZ TRANSPORTING, INC.,<br><br>                                    Defendant | Case No. C-07-02562 RMW<br><br>**PLAINTIFF'S NOTICE OF INTERESTED ENTITIES OR PERSONS** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 10, 2007                                            BEESON, TAYER & BODINE, APC


                                                                 By:      /s/Andrew H. Baker
                                                                          ANDREW H. BAKER
                                                                 Attorneys for Teamsters Local No. 665