1  ANDREW H. BAKER, SBN 104197
   abaker@beesontayer.com
2  **BEESON, TAYER & BODINE, APC.**
3  1404 Franklin Street, Suite 500
   Oakland, CA  94612
4  Telephone:  (510) 625-9700
5  Facsimile:  (510) 625-8275
   Attorneys for Plaintiff
6  TEAMSTERS LOCAL 665

7  ROBERT A. DOLINKO, SBN 076256
   radolinko@thelen.com
8  JOHN C. CORCORAN, SBN 178916
9  jccorcoran@thelen.com
   **THELEN REID BROWN RAYSMAN & STEINER LLP**
10 101 Second Street, Suite 1800
11 San Francisco, CA  94105
   Telephone: (415) 371-1200
12 Facsimile:  (415) 371-1211
   Attorneys for Defendant
13 THE HERTZ CORPORATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## AT SAN JOSE

*E-FILED - 8/20/07*

| | |
|---|---|
| TEAMSTERS AUTOMOTIVE EMPLOYEES, LOCAL NO. 665, | Case No. C-07-02562 RMW |
| Plaintiff, | **STIPULATION AND [] ORDER RE: ADR PROCESS** |
| v. | |
| THE HERTZ CORPORATION, RENT-A-CAR DIVISION, successor to HERTZ TRANSPORTING, INC. | |
| Defendant. | |

Case No. C-07-02562 RMW
#1319432

1

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5:

This case involves alleged violations of a collective bargaining agreement between Hertz and the Teamsters which contains a mediation procedure. Pursuant to that procedure, some or all of the disputes alleged in the complaint were submitted to mediation before Ruth Carpenter of the Federal Mediation and Conciliation Service. Having already attempted mediation under the procedure set forth in the collective bargaining agreement, the parties do not believe that a resubmission to mediation will be fruitful. Accordingly, the parties respectfully request that the Court decline to order any further participation in ADR

Dated: August 8, 2007

By: /s/ Andrew H. Baker, Esq.
BEESON, TAYER & BODINE, APC.
By: ANDREW H. BAKER
Attorney for Plaintiff
TEAMSTERS LOCAL 665

Dated: August 8, 2007

By: /s/ Robert A. Dolinko, Esq.
THELEN REID BROWN RAYSMAN & STEINER LLP
By: ROBERT A. DOLINKO
Attorneys for Defendant
THE HERTZ CORPORATION

**ORDER**

IT IS SO ORDERED.

Dated: 8/20/07

*Ronald M. Whyte*

The Honorable Ronald M. Whyte
United States District Judge