

Robert A. Dolinko
415 369 7180 Direct Dial
415 369 8642 Direct Fax
radolinko@thelen.com

NEW YORK • SAN FRANCISCO • WASHINGTON, DC • LOS ANGELES
SILICON VALLEY • HARTFORD • NORTHERN NEW JERSEY • SHANGHAI

August 29, 2007

**VIA FAX & E-FILING**

**Hon. Ronald M. Whyte**
**United States District Judge**
U.S. District Court
Northern District of California
Courtroom 6, 4th Floor
280 South First Street
San Jose, CA  95103

    Re:   *Teamsters Local 665 v. The Hertz Corporation*;
           U.S. District Court Case No. C-07-02562 RMW

Dear Judge Whyte

    On behalf of all parties and counsel, this is to request that counsel be permitted to participate in this Friday's 10:30 a.m. Case Management Conference by telephone. Counsel are: Andrew H. Baker (Local 665) at (510) 625-9700; Robert A. Dolinko (Hertz) (415) 369-7180; and Frank B. Shuster, whose pro hac vice application is pending (Hertz) (404) 230-6775. If you would like me to set up a conference call and call in to the court at a specific time, I am glad to do so.

    Thank you for your consideration.

                                    Sincerely,

                                    Robert A. Dolinko

cc:    Andrew H. Baker
         Frank B. Shuster
RAD/lsh/SF #1329446 v1