UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: August 31, 2007

Case No. C-07-02562 RMW          JUDGE: Ronald M. Whyte

**TEAMSTERS AUTOMOTIVE EMPLOYEES, LOCAL 665, -v- THE HERTZ CORP., ET AL.,**
Title

Andrew Baker (by telephone)          Robert Dolinko (by telephone), Frank B. Shuster (by telephone)
Attorneys Present                     Attorneys Present

COURT CLERK: Corinne Lew             COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. The Court set the following schedule: Court Trial set for 7/14/08 at 1:30 p.m.; Discovery cut-off 2/1/08; Dispositive Motions Hearing set for 3/14/08; Discovery Limits: Depositions - 10 per side; Request for Admissions 10 per side; Document Request - no limit, but narrowly tailored. Plaintiff to prepare order following the conference.