1
2
3

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**AT SAN JOSE**

| | |
|---|---|
| 4  TEAMSTERS AUTOMOTIVE EMPLOYEES, LOCAL NO. 665, | Case No. C-07-02562 RMW |
| 5 | |
| 6                    Plaintiff, | |
| 7               v. | **[PROPOSED] CASE MANAGEMENT ORDER** |
| 8  THE HERTZ CORPORATION, RENT-A-CAR DIVISION, successor to HERTZ TRANSPORTING, INC., | |
| 9 | |
| 10                   Defendant. | |

11     A Case Management Conference was held August 31, 2007.  All parties appeared

12 telephonically.

13     The deadline for amending pleadings is November 1, 2007.

14     The discovery cutoff date is February 1, 2008.

15     Requests for Admissions shall be limited to ten per party.

16     The matter is not appropriate for ADR.

17     The last date for hearing dispositive motions is March 14, 2008.

18     The bench trial, with an anticipated length of two to three days, is set for July 14, 2008.

19     Trial briefs and proposed findings of fact and conclusions of law shall be filed ten days prior

20 to trial.

21

22 **IT IS SO ORDERED.**

23

24 Dated: _____          _____
                                             Ronald M. Whyte
28                                           U.S. District Court Judge

26
27
28