UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AT SAN JOSE          *E-FILED - 9/19/07*

| | |
|---|---|
| TEAMSTERS AUTOMOTIVE EMPLOYEES, LOCAL NO. 665,<br><br>Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION, RENT-A-CAR DIVISION, successor to HERTZ TRANSPORTING, INC.,<br><br>Defendant. | Case No. C-07-02562 RMW<br><br>[] CASE MANAGEMENT ORDER |

A Case Management Conference was held August 31, 2007. All parties appeared telephonically.

The deadline for amending pleadings is November 1, 2007.

The discovery cutoff date is February 1, 2008.

Requests for Admissions shall be limited to ten per party.

The matter is not appropriate for ADR.

The last date for hearing dispositive motions is March 14, 2008.

The bench trial, with an anticipated length of two to three days, is set for July 14, 2008.

Trial briefs and proposed findings of fact and conclusions of law shall be filed ten days prior to trial.

**IT IS SO ORDERED.**

Dated: 9/19/07

*Ronald M. Whyte*
Ronald M. Whyte
U.S. District Court Judge

[] CASE MANAGEMENT ORDER
Case No. C-07-02562 RMW

Proposed Order.doc