1  ANDREW H. BAKER, SBN 104197
   **BEESON, TAYER & BODINE, APC.**
2  1404 Franklin Street, Suite 500
3  Oakland, CA  94612
   Telephone:  (510) 625-9700
4  Facsimile:  (510) 625-8275
5  Attorneys for Plaintiff
   TEAMSTERS LOCAL 665
6
7  ROBERT A. DOLINKO, SBN 076256
   **THELEN REID BROWN RAYSMAN & STEINER LLP**
8  101 Second Street, Suite 1800
   San Francisco, CA  94105
9  Telephone:  (415) 371-1200
   Facsimile:  (415) 371-1211
10
11 Attorneys for Defendant
   THE HERTZ CORPORATION

12
                UNITED STATES DISTRICT COURT
13
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
14
                         AT SAN JOSE
15

| | |
|---|---|
| TEAMSTERS AUTOMOTIVE EMPLOYEES, LOCAL NO. 665,<br><br>       Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION, RENT-A-CAR DIVISION, successor to HERTZ TRANSPORTING, INC.,<br><br>       Defendant. | Case No. C-07-02562 RMW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP RULE 41(a)(1)(ii)** |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their undersigned counsel that this action is dismissed with prejudice pursuant to FRCP Rule 41(a)(1)(ii). Each party shall bear its own costs and attorneys fees.

Dated: February 1, 2008

/s/ Andrew H. Baker
BEESON, TAYER & BODINE, APC.
By: ANDREW H. BAKER
Attorney for Plaintiff
TEAMSTERS LOCAL 665

Dated: February 1, 2008

/s/ Robert A. Dolinko
THELEN REID BROWN RAYSMAN & STEINER LLP
By: ROBERT A. DOLINKO
Attorneys for Defendant
THE HERTZ CORPORATION